UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 16-25 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | DETENTION ORDER |
| JESUS GUADALUPE SANCHEZ, | ) ) | |
| Defendant. | ) ) | |

Offense charged in Complaint: Felon in Possession of Firearm

Date of Detention Hearing:   January 22, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community or that defendant will make his future appearances as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant was arrested only after a wild automobile chase in Bellingham and in other portions of Whatcom County.

DETENTION ORDER
PAGE -1

(2) A search of the vehicle yielded a semi-automatic pistol with a magazine inserted and an additional cartridge in the chamber; and various drug paraphernalia with residue.

(3) Defendant's adult record includes convictions for assault, robbery 1st, unlawful firearm possession, assault 2nd with deadly weapon, assault 3rd bodily harm, and other offenses. His juvenile record includes at least three assaults and intimidating a witness.

(4) He has failed to appear as required in court on many occasions.

(5) At the request of defense counsel, defendant was not interviewed by this court's pretrial services officer.

(6) Defendant and his counsel stipulated to the entry of an Order of Detention.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of January, 2016.

                                          s/ John L. Weinberg
                                          United States Magistrate Judge

DETENTION ORDER
PAGE -3